Herbert Rex, an Infant, by Charles M. Rex, His Guardian ad Litem, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant, Impleaded with The Long Island Railroad Company.— Judgment and order affirmed, with costs. No opinion. Burr, Woodward and Rich, JJ., concurred; Jenks, P. J., and Hirschberg, J., dissented, upon the ground that having reversed the judgment against the Long Island Railroad Company for reasons stated in the per curiam opinion (ante, p. 905), they deem it wiser to have a new trial as to both defendants.

Frank P. Rian, Respondent, v. Alfred H. Bromell, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Henry W. Rozell & Son, Respondent, v. Elizabeth Dennin, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Noah Schlossberg, Appellant, v. Livingstone Trading Company, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

John T. Skelly, as Assignee of George A. Viemeister and Edmund C. Viemeister, Composing the Firm of Viemeister Brothers, for the Benefit of Creditors, Appellant, v. Fredericka Rehder, Individually and as Executrix, etc., of William Rehder, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Nell St. John, Appellant, v. Jere F. Collins and Others, Defendants, Impleaded with Kate F. Collins, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas and Carr, JJ., concurred; Woodward and Rich, JJ., dissented.

Michael T. Terranova, Appellant, v. The Mutual Aid Association of St. John, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the attempted suspension of the sick benefit provision of the by-laws violated the contract between plaintiff and defendant. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Carl Timmermann, as Executor, etc., of Bertha Battermann, Deceased, Respondent, v. Isidor Cohn and Others, Defendants. Frances Glanckopf, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.